## TURNER v. STATE.
### No. 23925.

Court of Criminal Appeals of Texas.
Feb. 11, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for aggravated assault, punishment assessed at a fine of $75.

The complaint and information properly charge the offense.

No statement of facts or bills of exception are found in the record. Nothing is presented for review.

The judgment is affirmed.

## DE LA GARZA v. STATE.
### No. 23930.

Court of Criminal Appeals of Texas.
Feb. 11, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the offense of murder without malice and assessed two years confinement in the penitentiary.

The proceedings appear regular. The record, as brought forward, contains neither bills of exception nor a statement of facts. Nothing is presented for our consideration and, therefore, the judgment of the trial court is affirmed.